ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney

501 I Street, Suite 10-100
Sacramento, California, 95814
Telephone: 916.554.2782

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOUAD ZAAIM,

        Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

        Defendants.

Case No. 2:26-cv-00229 DJC JDP

**STIPULATION AND ORDER EXTENDING
TIME IN WHICH TO FILE ANSWER**

1

An interview on plaintiff's pending application has been set for April 20, 2026.  Because of the possibility that this administrative action will lead to the adjudication of plaintiff's application, the parties hereby stipulate to a postponement of the answer date and a stay of all other deadlines in this mandamus action.  Defendants will file an answer by May 29, 2026.

Dated: March 30, 2026                          Respectfully submitted,


                                               ERIC GRANT
                                               United States Attorney


                                                /s/ Audrey B. Hemesath
                                               AUDREY B. HEMESATH
                                               Assistant United States Attorney

                                               /s/ Christina Sullivan Castro
                                               Christina Sullivan Castro
                                               Counsel for Plaintiff




                                               ORDER


        The answer date is extended to May 29, 2026.  All other dates are vacated. The parties will file a status report on May 29, 2026.


Dated:  March 31, 2026                         /s/ Daniel J. Calabretta
                                               THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE

2