ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney

501 I Street, Suite 10-100
Sacramento, California, 95814
Telephone: 916.554.2782

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MOUAD ZAAIM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. 2:26-cv-229 DJC JDP<br><br>**STIPULATION AND ORDER Re: DISMISSAL** |

Plaintiff's application has been approved.  The parties therefore stipulate to dismissal of this action in its entirety, each party to bear its own costs of litigation.

Dated: May 26, 2026                    Respectfully submitted,

                                       ERIC GRANT
                                       United States Attorney


                                        */s/ Audrey B. Hemesath*
                                       AUDREY B. HEMESATH
                                       Assistant United States Attorney

                                       */s/ Christina Sullivan Castro*
                                       Christina Sullivan Castro
                                       Counsel for Plaintiff

1

ORDER

Pursuant to the stipulation of the parties, the case is dismissed.

Dated: May 28, 2026                          /s/ Daniel J. Calabretta
_____
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE